W. J. PENDY *v.* W. J. MORTON.

**Husband and Wife.**
>   An agreement of a married woman to pay the debts of her husband is void. Where land belongs to the wife, the husband and wife have the right to sell it, and such an act is not within the provisions of the statute to protect creditors against conveyances made to prefer, etc.

APPEAL FROM SPENCER CIRCUIT COURT.

February 18, 1880.

OPINION BY JUDGE PRYOR:

There is no attempt in this case to charge the married woman with any personal liability, or to make her estate liable for the debt. The testimony showing that she was a feme covert, her agreement to pay is absolutely void. It further appears from the testimony that the land belonged to the wife; if so, the husband and wife had the right to sell and dispose of the land, and such an act is not within the provisions of the statute to protect creditors against conveyances made to prefer, etc. There is no allegation that the land is the husband's and the testimony of Cooper is that the real estate belonged to Mrs. Morton.

The judgment is *reversed* and cause remanded for further proceedings.

*E. F. Trabue, Young & Boyle, for appellant.*
*A. P. Harcourt, for appellee.*